**NOTE: CHANGES MADE BY COURT**

# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD ANTHONY DILISI and CINDY VILLAVICENCIO,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:24-cv-00007-FWS-ADS<br><br>*Honorable Fred W. Slaughter*<br><br>**ORDER RE STIPULATION OF MAXIMUM DAMAGES LIMIT AND TO REMAND REMOVED ACTION [15]**<br><br>Complaint Filed: November 22, 2023<br>Removed: January 2, 2024<br><br>Trial Date: Not Set<br><br>Orange County Superior Court Case No. 30-2023-01364374-CU-BC-CJC |

///

///

///

1

# ORDER

On February 16, 2024, Ronald Anthony Dilisi and Cindy Villavicencio ("Plaintiffs") and General Motors LLC ("Defendant" or "GM"), by and through their counsel of record, filed a Stipulation of Maximum Damages Limit and to Remand Removed Action [15] ("Stipulation").  In summary, the Stipulation provides that because any and all of Plaintiffs' damages shall never under any circumstance exceed $75,000.00, this court no longer has subject matter jurisdiction of Plaintiffs' civil action as this case does not meet the minimum amount in controversy.

Having reviewed and considered the Stipulation, the files and records of the case, the applicable law, including *Exxon Mobil Corp. v. Allapattah Servs., Inc.*, 545 U.S. 546, 552 (2005), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

The above-captioned case is **REMANDED** to the Orange County Superior Court, State of California, Case No. 30-2023-01364374-CU-BC-CJC.

**IT IS SO ORDERED**.

Dated:  February 16, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE